B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re     **Klever David Rosales,**
           **Maria Milagros Planas**

                        Debtors

Case No.     **13-18391**

Chapter               **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,620,000.00 | | |
| B - Personal Property | Yes | 4 | 44,395.28 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,375,031.29 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 55,373.51 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 19,440,360.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 27,000.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 26,743.65 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 2,664,395.28 | | |
| Total Liabilities | | | | 21,870,764.96 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Klever David Rosales,**             Case No.    **13-18391**
        **Maria Milagros Planas**

                                               Debtors       Chapter                **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Klever David Rosales,**              Case No.   __13-18391__
       **Maria Milagros Planas**

_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **140 Hampton Lane, Key Biscayne FL 33149** | **Fee simple** | **J** | **2,450,000.00** | **2,200,680.44** |
| **9755 NW 52 St. #201, Miami , FL 33178** | **Fee simple** | **H** | **170,000.00** | **174,350.85** |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,620,000.00** | (Total of this page) |
| Total > | **2,620,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Klever David Rosales,**
       **Maria Milagros Planas**

Case No. ___**13-18391**___

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank, 201 South Biscayne Blvd. 33 Floor, Miami, FL 33131; Checking Acct # xxxx6565 | H | 2,627.91 |
| | | Citibank, 201 South Biscayne Blvd. 33 Floor, Miami, FL 33131; reserve Account #xxxx3658 | H | 0.00 |
| | | Bank of America, PO Box 851001, Dallas, TX 75285-1001; Checking Account #xxxxxx8127 | H | 99.48 |
| | | Bank of America, PO Box 851001, Dallas, TX 75285-1001; Checking Account #xxxxx6420 | J | 367.40 |
| | | Bank of America, PO Box 851001, Dallas, TX 75285-1001; Checking Account #xxxxx6592 | J | 307.49 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Home furniture located at 140 Hampton Lane, Key Biscayne FL 33149 | J | 5,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Men's wardrobe located 140 Hampton Lane, Key Biscayne FL 33149 | H | 500.00 |
| | | Women's wardrobe located 140 Hampton Lane, Key Biscayne FL 33149 | W | 1,500.00 |
| 7.  Furs and jewelry. | | Men's watches (2), women's watches (3), and rings located 140 Hampton Lane, Key Biscayne FL 33149 | J | 4,700.00 |

Sub-Total >             15,102.28
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Klever David Rosales,**                                          Case No.  __13-18391__
        **Maria Milagros Planas**
                                                              ,
                                   Debtors
### SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera and Video Camera located at 140 Hampton Lane, Key Biscayne FL 33149 - See Attachment C** | J | 450.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance; AXA; Policy #xxxx4235; National Operation Center, P.O. Box 1047, Charlotte, NC 28201-1047** | H | 10,105.00 |
| | | **Life Insurance; AXA; Policy # xxxxx2908; National Operation Center, P.O. Box 1047, Charlotte, NC 28201-1047** | H | 7,238.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Altek Group Holding LLC; 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-5219302 - 50% interest.  Company has no value.** | H | 0.00 |
| | | **Taicell, LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-0054437; 35% interest.  Company has done no business in past four years - wife has minority interest in company with little or no value.** | W | 0.00 |
| | | **Arenal Cellular LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149; EIN 65-1062823 - husband has 51% interest in company that has little or no value.** | H | 0.00 |
| | | **Taicell, LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-0054437; 65% interest.  Company has done no business in past four years - company has little or no value.** | H | 0.00 |

Sub-Total >        17,793.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Klever David Rosales,**                                           Case No. ___**13-18391**___
         **Maria Milagros Planas**
                                                            ,
                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Acelka LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-8273668; Husband owns 50% interest. | H | 0.00 |
| | | Altek Development LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-3409606; Husband owns 33.33% interest. Company has no value - no business, no assets. | H | 0.00 |
| | | Acelca, Urb Estado Leal Calle Pantin Edif. Zulli Piso 3 Chacao Edo Miranda, Venezuela. Husband owns 50% interest. Interest is subject to partnership agreement. | H | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Debtor has one-third interest in final judgment for $120,270.89 based on promissory note obligation for business interest sold; defendants are in financial distress and have limited ability to pay. Judgement may be uncollectible. Location: 140 Hampton Lane, Key Biscayne FL 33149 | H | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >           **0.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Klever David Rosales,**                                          Case No.    **13-18391**
         **Maria Milagros Planas**
                                                        ,
                                      Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Mercedes Benz GL-450; located at 140 Hampton Lane, Key Biscayne FL 33149** | W | 10,000.00 |
| | | **2010 Golf Cart E-Z Go ST #2710860 Location: 140 Hampton Lane, Key Biscayne FL 33149** | J | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Rights to repayment for loan to Altek Development, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, company is insolvent.** | H | 0.00 |

|  | Sub-Total > | **11,500.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **44,395.28** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Klever David Rosales,**                           Case No.     **13-18391**
           **Maria Milagros Planas**

                                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **140 Hampton Lane, Key Biscayne FL 33149** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** | **100% of FMV** | **2,450,000.00** |
| **9755 NW 52 St. #201, Miami , FL 33178** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | **170,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America, PO Box 851001, Dallas, TX 75285-1001; Checking Account #xxxxx6420** | **11 U.S.C. § 522(b)(3)(B)** | **367.40** | **367.40** |
| **Bank of America, PO Box 851001, Dallas, TX 75285-1001; Checking Account #xxxxx6592** | **11 U.S.C. § 522(b)(3)(B)** | **307.49** | **307.49** |
| **Household Goods and Furnishings** | | | |
| **Home furniture located at 140 Hampton Lane, Key Biscayne FL 33149** | **Fla. Const. art. X, § 4(a)(2)** | **Full fair market value (FMV)** | **5,000.00** |
| | **11 U.S.C. § 522(b)(3)(B)** | **100% of FMV** | |
| **Wearing Apparel** | | | |
| **Men's wardrobe located 140 Hampton Lane, Key Biscayne FL 33149** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | **500.00** |
| **Women's wardrobe located 140 Hampton Lane, Key Biscayne FL 33149** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | **1,500.00** |
| **Furs and Jewelry** | | | |
| **Men's watches (2), women's watches (3), and rings located 140 Hampton Lane, Key Biscayne FL 33149** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | **4,700.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Camera and Video Camera located at 140 Hampton Lane, Key Biscayne FL 33149 - See Attachment C** | **11 U.S.C. § 522(b)(3)(B)** | **100% of FMV** | **450.00** |
| **Interests in Insurance Policies** | | | |
| **Life Insurance; AXA; Policy #xxxx4235; National Operation Center, P.O. Box 1047, Charlotte, NC 28201-1047** | **Fla. Stat. Ann. § 222.14** | **100% of FMV** | **10,105.00** |
| **Life Insurance; AXA; Policy # xxxxx2908; National Operation Center, P.O. Box 1047, Charlotte, NC 28201-1047** | **Fla. Stat. Ann. § 222.14** | **100% of FMV** | **7,238.00** |
| **Interests in Partnerships or Joint Ventures** | | | |
| **Altek Group Holding LLC; 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-5219302 - 50% interest.  Company has no value.** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | **0.00** |

    **1**    continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Klever David Rosales,**                                      Case No.    **13-18391**
            **Maria Milagros Planas**

                                           Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Taicell, LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-0054437; 35% interest.  Company has done no business in past four years - wife has minority interest in company with little or no value.** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | 0.00 |
| **Arenal Cellular LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149; EIN 65-1062823 - husband has 51% interest in company that has little or no value.** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | 0.00 |
| **Taicell, LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-0054437; 65% interest.  Company has done no business in past four years - company has little or no value.** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | 0.00 |
| **Acelka LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-8273668; Husband owns 50% interest.** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | 0.00 |
| **Altek Development LLC, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, EIN 20-3409606; Husband owns 33.33% interest. Company has no value - no business, no assets.** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | 0.00 |
| **Acelca, Urb Estado Leal Calle Pantin Edif. Zulli Piso 3 Chacao Edo Miranda, Venezuela. Husband owns 50% interest. Interest is subject to partnership agreement.** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | **Unknown** |
| <u>**Other Liquidated Debts Owing Debtor Including Tax Refund**</u><br>**Debtor has one-third interest in final judgment for $120,270.89 based on promissory note obligation for business interest sold; defendants are in financial distress and have limited ability to pay.  Judgement may be uncollectible.  Location: 140 Hampton Lane, Key Biscayne FL 33149** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | **Unknown** |
| <u>**Automobiles, Trucks, Trailers, and Other Vehicles**</u><br>**2007 Mercedes Benz GL-450; located at 140 Hampton Lane, Key Biscayne FL 33149** | **Fla. Stat. Ann. § 222.25(1)**<br>**Fla. Const. art. X, § 4(a)(2)** | **2,000.00**<br>**100% of FMV** | 10,000.00 |
| **2010 Golf Cart E-Z Go ST #2710860 Location: 140 Hampton Lane, Key Biscayne FL 33149** | **11 U.S.C. § 522(b)(3)(B)**<br>**Fla. Const. art. X, § 4(a)(2)** | **100% of FMV**<br>**100% of FMV** | 1,500.00 |
| <u>**Other Personal Property of Any Kind Not Already Listed**</u><br>**Rights to repayment for loan to Altek Development, 260 Crandon Blvd., Suite 52, Key Biscayne, Florida 33149, company is insolvent.** | **Fla. Const. art. X, § 4(a)(2)** | **100% of FMV** | 0.00 |

|  | Total: | 333,166.80 | 2,661,667.89 |
|---|---|---|---|

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Klever David Rosales,**                                      Case No.   **13-18391**
         **Maria Milagros Planas**

                                            Debtors   ,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Klever David Rosales,**                                    Case No.   __13-18391__
       **Maria Milagros Planas**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eduardo Gutierrez**<br>**1850 NW 84 Ave**<br>**Room # 100**<br>**Miami, FL 33126** | **Mercantil Commercebank, N.A.**<br>**220 Alhambra Cir.**<br>**Miami, FL 33134** |
| **Maria Antonietta Tolo**<br>**1850 NW 84 Ave**<br>**Room # 100**<br>**Miami, FL 33126** | **Mercantil Commercebank, N.A.**<br>**220 Alhambra Cir.**<br>**Miami, FL 33134** |

  **0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Klever David Rosales**
         **Maria Milagros Planas**                                    Case No.    **13-18391**
_____
              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Son** | AGE(S):<br>**11**<br>**14**<br>**4** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **DG Trading Group** | **None** |
| How long employed | **Since Jan 2013** | |
| Address of Employer | **260 Crandon Blvd #52**<br>**Key Biscayne, FL 33149** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **5,000.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **5,000.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,000.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify):    **Financial assistance from third parties** | $ | **22,000.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **22,000.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **27,000.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **27,000.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Klever David Rosales**
      **Maria Milagros Planas**                                    Case No.   **13-18391**
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 17,922.11 |
| a. Are real estate taxes included? | Yes **X**     No ___ | |
| b. Is property insurance included? | Yes **X**     No ___ | |
| 2. Utilities:     a. Electricity and heating fuel | | $ 789.99 |
|                  b. Water and sewer | | $ 385.00 |
|                  c. Telephone | | $ 154.35 |
|                  d. Other   **See Detailed Expense Attachment** | | $ 169.55 |
| 3. Home maintenance (repairs and upkeep) | | $ 620.00 |
| 4. Food | | $ 2,000.00 |
| 5. Clothing | | $ 500.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 383.53 |
| 8. Transportation (not including car payments) | | $ 750.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 500.00 |
| 10. Charitable contributions | | $ 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                  a. Homeowner's or renter's | | $ 0.00 |
|                  b. Life | | $ 0.00 |
|                  c. Health | | $ 64.95 |
|                  d. Auto | | $ 254.17 |
|                  e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                  (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                  a. Auto | | $ 0.00 |
|                  b. Other | | $ 0.00 |
|                  c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **Child Care** | | $ 2,200.00 |
|      Other | | $ 0.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 26,743.65 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 27,000.00 |
| b. | Average monthly expenses from Line 18 above | $ 26,743.65 |
| c. | Monthly net income (a. minus b.) | $ 256.35 |

**B6J (Official Form 6J) (12/07)**

In re    **Klever David Rosales**
       **Maria Milagros Planas**          Case No.   **13-18391**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| **Comcast** | $   **69.95** |
| **Pest Control** | $   **60.00** |
| **Solid Waste** | $   **39.60** |
| **Total Other Utility Expenditures** | $   **169.55** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Klever David Rosales**
**Maria Milagros Planas**
_____
Debtor(s)

Case No.  **13-18391**
Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **22**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 23, 2013**            Signature   **/s/ Klever David Rosales**
**Klever David Rosales**
Debtor

Date  **April 23, 2013**            Signature   **/s/ Maria Milagros Planas**
**Maria Milagros Planas**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Klever David Rosales**
**Maria Milagros Planas**

Case No. **13-18391**

_____
Debtor(s)

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$206,000.00** | **Husband - 2011 - Giroski** |
| **$20,000.00** | **Husband - 2013 DG Trading Group** |
| **$0.00** | **Husband - 2012 - No Income** |
| **$0.00** | **Wife - 2011, 2012, and 2013. No income.** |

B7 (Official Form 7) (04/13)

2

**2. Income other than from employment or operation of business**

None ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|           AMOUNT |           SOURCE |
|------------------|------------------|

**3. Payments to creditors**

None ■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express**<br>**PO Box 36001**<br>**Fort Lauderdale, FL 33336** | **1/15/13, 2/13/13, 3/8/13** | **$54,925.17** | **$55,414.16** |
| **Sabadell United Bank**<br>**1111 Brickell Avenue**<br>**Miami, FL 33131** | **3/5/13, 3/12/13, 4/3/13** | **$38,390.13** | **$1,945,307.13** |
| **London Financial Company, LLC**<br>**50 West Mashta Dr.**<br>**Key Biscayne, FL 33149** | **1/27/13, 2/27/13, 3/25/13, 4/3/13** | **$8,500.00** | **$200,000.00** |

None ☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Klever Emiliano Rosales Ramirez**<br>**Calle La Montana, Qta Villallanale Urb Loira Arrib**<br>**Ela Pariso Caracas Venezuela 1020**<br>    **Father** | **3/13/13 Paid 1,950,000**<br>**Venezuelan Bs** | **$0.00** | **$223,220.85** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Klever Rosales, Eduardi Gutierrez and Karim Chakour v. William Alvarez, Alejandro Alvarez and El Tropico LLC, a Florida limited Liability company; Case No.: 09-16800 CA 25** | **Civil** | **Dade County Courthouse 73 West Flagler Street Miami, FL 33130** | **Judgment entered** |
| **Mercantil Commerce Bank, N.A. vs. Quality Center Development, LLC, Zachary Zurich, Anthony Derosa, Christopher Abreu, International Centre at Cutler Bay Condominium Association, Inc., Maria garcia, Origins Cigars, INc., Splendore Beauty Centre, Inc., WeCount!, Inc., Galata, Inc. Rotten Apple Tattoos, LLC, Healthcare Staffing Services Network, Inc., Latoya Smith, Janet's Bar LLC, Indra & BUnnie Fashionz, Inc., New Life Community Church, et al; Case No: 09-68040 CA 24** | **Foreclosure** | **Dade County Courthouse 73 West Flagler Street Miami, FL 33130** | **Pending** |
| **U.S. Bank National Association, as Trustee on Behalf of the LXS 2006-16N Trust Fund v. Klever Rosales a/k/a Klever Rosales: Enclave at Doral Club Condominium Association, Inc.: Enclave at Doral Condominium No. 1 Associatio, Inc.; Enclave at Doral Condominium No. 2 Association, Inc.; Enclave at Doral Master Association, Inc. Mortgage Electronic Regrostration Systems incorporated , as a Nominee for Countrywide Home Loans, Inc.; Properties Enclave 3-301 LLC; et al; Case No.: 09-92017 CA 30** | **Foreclosure** | **Miami-Dade County Courthouse 73 West Flagler Street Miami, FL 33130** | **Dismissed without prejudice** |
| **Banesco USA v. Eureka Holdings, LLC Case No 12-41554** | **Civil** | **Miami Dade Circuit Court** | **Settled** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of West PO Box 4024 Alameda, CA 94510-0424** | **July 2012** | **2006 Sea Ray; 38 Sundancer** |

B7 (Official Form 7) (04/13)
4

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Aaronson Schantz P.A.**<br>**100 S.E. 2 Street, 27 Floor**<br>**Miami, FL 33131** | **June 2011 and April 2013** | **$7,500 and $1,500 ($306 of**<br>**which is for filing fees)**<br>**$8,694.00** |

B7 (Official Form 7) (04/13)
5

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Rosana Accurso Escobar** **Avenida Coromoto Residencia Alta Villa Torre B, Ap**    **None** | 3/13/13 | **Apt 31B, Avenida Coromoto Residencia Alta Villa Torre B,** **Urbanizacion Avila, Caracas, Venezuela. Value recieved is 1,950,000 Venezuelan Bs.** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **BBU Bank** **150 Alhambra Circle, Suite 100** **Miami, FL 33134** | **Checking Account # xxxxxx3041 Final Balance $ 606.79** | **8/23/12** |
| **Ocean Bank** **780NW 42 Avenue** **Miami, FL 33126** | **Checking Account # xxxxx5306 Final Balance $0** | **11/2/12** |

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**14. Property held for another person**

None  
☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Klever E. Rosales (minor son)**<br>**c/o Maria Milagros Planas**<br>**140 Hampton Lane**<br>**Key Biscayne, FL 33149** | **Money market account held in trust for minor son; balance approx. $1,008.70** | **Suntrust Bank**<br>**P.O. Box 622227**<br>**Orlando, Fl 32862** |
| **Victoria E. Rosales (minor daughter)**<br>**c/o Maria Milagros Planas**<br>**140 Hampton Lane**<br>**Key Biscayne, FL 33149** | **Money market account held in trust for minor daughter; balance approx. $515.94** | **Suntrust Bank**<br>**P.O. Box 622227**<br>**Orlando, Fl 32862** |

**15. Prior address of debtor**

None  
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                         NAME USED                            DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None  
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS      NAME AND ADDRESS OF        DATE OF        ENVIRONMENTAL
                           GOVERNMENTAL UNIT          NOTICE         LAW

None  
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS      NAME AND ADDRESS OF        DATE OF        ENVIRONMENTAL
                           GOVERNMENTAL UNIT          NOTICE         LAW

None  
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Tai cell LLC (Maria Planas)** | **20-0054437** | **260 Crandon Blvd, Suite 52 Key Biscayne, FL 33149** | **Wholesaler Cellular** | **6/24/2003 - Present** |
| **Tai cell LLC (Klever Rosales)** | **20-0054437** | **260 Crandon Blvd, Suite 52 Key Biscayne, FL 33149** | **Wholesaler Cellular** | **6/24/2003 - Present** |
| **Acelka LLC** | **20-8273668** | **260 Crandon Blvd, Suite 52 Key Biscayne, FL 33149** | **Investment Co.** | **4/10/2006 - Present** |
| **Arenal Cellular LLC** | **65-1085730** | **260 Crandon Blvd, Suite 52 Key Biscayne, FL 33149** | **Wholesaler Cellular** | **3/8/2001 - Present** |
| **Altek Group Holding LLC** | **20-5219302** | **260 Crandon Blvd, Suite 52 Key Biscayne, FL 33149** | **Real Estate** | **4/10/2006 - Present** |
| **El Tropico LLC** | **65-1062823** | **8240 NW 30 Terr. Miami, FL 33122** | **Restaurant** | **12/12/2000-2008** |
| **Holding Kae LLC** | **20-8272974** | **260 Crandon Blvd, Suite 52 Key Biscayne, FL 33149** | **Real Estate** | **4/10/2006-2009** |
| **Altek Development LLC** | **20-3409606** | **260 Crandon Blvd, Suite 52 Key Biscayne, FL 33149** | **Investment Co.** | **8/18/2005 - Present** |
| **Cove KAE LLC** | **20-8272820** | **260 Crandon Blvd, Suite 52 Key Biscayne, FL 33149** | **Investment Company** | **4/10/2006- 2009** |

None  ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)
8

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
**Vivian Alvarez**
**2601 South Bayshore Dr., Suite 200**
**Miami, FL 33133**

DATES SERVICES RENDERED
**1998 to present**

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                ADDRESS                DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                DATE ISSUED

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                ADDRESS                DATE OF WITHDRAWAL

B7 (Official Form 7) (04/13)
9

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **April 23, 2013**          Signature   **/s/ Klever David Rosales**
                                              **Klever David Rosales**
                                              Debtor

Date **April 23, 2013**          Signature   **/s/ Maria Milagros Planas**
                                              **Maria Milagros Planas**
                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re **Klever David Rosales**
**Maria Milagros Planas**

Case No. **13-18391**

_____ Debtor(s)

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

Property No. 1

**Creditor's Name:**
**Chase**

**Describe Property Securing Debt:**
**9755 NW 52 St. #201, Miami , FL 33178**

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Lien remains. Debtor is retaining title.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

Property No. 2

**Creditor's Name:**
**Commerce Bank**

**Describe Property Securing Debt:**
**9755 NW 52 St. #201, Miami , FL 33178**

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Lien remains. Debtor is retaining title.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

---

**Property No. 3**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Doral House Condominium Association, Inc** | **9755 NW 52 St. #201, Miami , FL 33178** |

Property will be (check one):

    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  **Lien remains. Debtor is retaining title.**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■ Claimed as Exempt                  ☐ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **London Financial Company, LLC** | **140 Hampton Lane, Key Biscayne FL 33149** |

Property will be (check one):

    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■ Claimed as Exempt                  ☐ Not claimed as exempt

---

**Property No. 5**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **MIAMI-DADE TAX COLLECTOR** | **140 Hampton Lane, Key Biscayne FL 33149** |

Property will be (check one):

    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  **Lien remains. Debtor is retaining title and will continue to make payments.**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■ Claimed as Exempt                  ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                    Page 3

| Property No. 6 |
|---|

| Creditor's Name:<br>**Sabadell United Bank** | Describe Property Securing Debt:<br>**140 Hampton Lane, Key Biscayne FL 33149** |
|---|---|

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt               ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April 23, 2013**          Signature  **/s/ Klever David Rosales**
                                                **Klever David Rosales**
                                                Debtor

Date  **April 23, 2013**          Signature  **/s/ Maria Milagros Planas**
                                                **Maria Milagros Planas**
                                                Joint Debtor

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Southern District of Florida

In re **Klever David Rosales**
**Maria Milagros Planas**
_____
Debtor(s)

Case No. **13-18391**
Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Klever David Rosales**
**Maria Milagros Planas**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) **13-18391**

X **/s/ Klever David Rosales**          **April 23, 2013**
_____
Signature of Debtor          Date

X **/s/ Maria Milagros Planas**          **April 23, 2013**
_____
Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Southern District of Florida

| | | | | |
|---|---|---|---|---|
| In re | **Klever David Rosales**<br>**Maria Milagros Planas** | | Case No. | **13-18391** |
| | | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **April 23, 2013**

**/s/ Klever David Rosales**
**Klever David Rosales**
Signature of Debtor

Date: **April 23, 2013**

**/s/ Maria Milagros Planas**
**Maria Milagros Planas**
Signature of Debtor

American Express
PO Box 36001
Fort Lauderdale, FL 33336

American Express
P.O. Box 981540
El Paso, TX 79998

Bank of America
260 Crandon Blvd., Suite 1
Key Biscayne

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bank of America Home Loans
P. O. Box 941632
Simi Valley, CA 93094-1632

Bank of West
PO Box 4024
Alameda, CA 94510-0424

Baptist Health South Florida
PO 830880
Miami, FL 33283

Baptist Hospital
c/o Kendall Credit
PO Box 404665
Atlanta, GA 30384-4665

BBU Bank
150 Alhambra Circle, Suite 100
Miami, FL 33134

Bloomingdale's
P. O. Box 183083
Columbus, OH 43218-3083

Chase
PO Box 78420
Phoenix, AZ 85062

Commerce Bank
220 Alhambra Cir.
Coral Gables, FL


Doral House Condominium Association, Inc
c/o Maryvel De Castro Valdes
201 Alhambra Circle
Suite 1102
Miami, FL 33134


Eduardo Gutierrez
1850 NW 84 Ave
Room # 100
Miami, FL 33126


Franklin Credit Management Corp.
P. O. Box 2302
Jersey City, NJ 07303-2303


Franklin Credit Management Corp.
101 Hudson Street, 25th Floor
Jersey City, NJ 07302


Honorable Wifredo A. Ferrer
United States Attorney
99 N. E. 4th Street
Miami, FL 33132


Internal Revenue Service
7850 S. W. 6th Court, Stop 5730
Fort Lauderdale, FL 33324


JC Penny
PO Box 965009
Orlando, FL 32896


Klever Emiliano Rosales Ramirez
Calle La Montana, Qta VillaIlanale Urb L
Ela Pariso Caracas Venezuela 1020


London Financial Company, LLC
50 West Mashta Dr.
Key Biscayne, FL 33149

Macys
P.O. Box 689195
Des Moines, IA 50368-9195


Maria Antonietta Tolo
1850 NW 84 Ave
Room # 100
Miami, FL 33126


Mercantil Commercebank, N.A.
220 Alhambra Cir.
Miami, FL 33134


Mercantil Commercebank, N.A.
c/o Jones Walker attn Mark King
601 Brickell Key Dr.
Miami, FL 33131


MIAMI-DADE TAX COLLECTOR
140 W FLAGLER ST
Miami, FL 33130


Sabadell United Bank
1111 Brickell Avenue
Miami, FL 33131


Special Assistant United states Attorney
c/o IRS Counsel
51 S.W. lst Avenue, .P.O. Box 9
Miami, FL 33130


Special Assistant United States Attorney
c/o IRS Counsel (SBSE)
Royal Palm One
1000 s. Pine Island Rd. Suite 300
Fort Lauderdale, FL 33324


Specialized Loan Servicing, LLC
8742 Lucent Boulevard, Suite 300
Littleton, CO 80129


Suntrust Bank
1 South East 3rd Ave.
Miami, FL 33131

Suntrust Bank
c/o Johnson and Freedman LLC
1587 NE Expressway
Atlanta, GA 30329


U. S. Bank, N.A.
c/o Law Offices of Marshall C. Watson
1800 N.W. 49th ST, Suite 120
Fort Lauderdale, FL 33309


United States Internal Revenue Service
Attorney General of the United States
Department of Justice, Room 4400
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001