# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-18391 AJC
**Case Name:** ROSALES, KLEVER DAVID
PLANAS, MARIA MILAGROS
**Period Ending:** 06/30/13

**Trustee:** (290830)    Barry E. Mukamal
**Filed (f) or Converted (c):** 04/13/13 (f)
**§341(a) Meeting Date:** 05/21/13
**Claims Bar Date:** 09/04/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 140 HAMPTON LANE, KEY BISCAYNE FL 33149 | 2,450,000.00 | 2,450,000.00 | | 0.00 | 2,450,000.00 |
| 2 | 9755 NW 52 ST. #201, MIAMI FL 33178 | 170,000.00 | 170,000.00 | | 0.00 | 170,000.00 |
| 3 | CITIBANK CHECKING A/N 6565 | 2,627.91 | 2,627.91 | | 0.00 | 2,627.91 |
| 4 | CITIBANK RESERVE A/N 3658 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5 | BANK OF AMERICA CHECKING A/N 8127 | 99.48 | 99.48 | | 0.00 | 99.48 |
| 6 | BANK OF AMERICA CHECKING A/N 6420 | 367.40 | 0.00 | | 0.00 | 367.40 |
| 7 | BANK OF AMERICA CHECKING A/N 6592 | 307.49 | 0.00 | | 0.00 | 307.49 |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | Unknown | | 0.00 | Unknown |
| 9 | WEARING APPAREL | 500.00 | Unknown | | 0.00 | Unknown |
| 10 | WEARING APPAREL | 1,500.00 | Unknown | | 0.00 | Unknown |
| 11 | JEWELRY | 4,700.00 | Unknown | | 0.00 | Unknown |
| 12 | PHOTOGRAPHIC EQUIPMENT | 450.00 | Unknown | | 0.00 | Unknown |
| 13 | LIFE INSURANCE AXA POLICY #4235 | 10,105.00 | Unknown | | 0.00 | Unknown |
| 14 | LIFE INSURANCE AXA POLICY #2908 | 7,238.00 | Unknown | | 0.00 | Unknown |
| 15 | ALTEK GROUP HOLDING LLC | 0.00 | Unknown | | 0.00 | Unknown |
| 16 | TAICELL, LLC | 0.00 | Unknown | | 0.00 | Unknown |
| 17 | ARENAL CELLULAR LLC | 0.00 | Unknown | | 0.00 | Unknown |
| 18 | TAICELL, LLC | 0.00 | Unknown | | 0.00 | Unknown |
| 19 | ACELKA LLC | 0.00 | Unknown | | 0.00 | Unknown |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 13-18391 AJC
**Case Name:** ROSALES, KLEVER DAVID
PLANAS, MARIA MILAGROS
**Period Ending:** 06/30/13

**Trustee:** (290830)    Barry E. Mukamal
**Filed (f) or Converted (c):** 04/13/13 (f)
**§341(a) Meeting Date:** 05/21/13
**Claims Bar Date:** 09/04/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | ALTEK DEVELOPMENT LLC | 0.00 | Unknown | | 0.00 | Unknown |
| 21 | ACELCA URB | Unknown | Unknown | | 0.00 | Unknown |
| 22 | ONE-THIRD INTEREST IN FINAL JUDGMENT | Unknown | Unknown | | 0.00 | Unknown |
| 23 | 2007 MERCEDES BENZ GL-450<br>  Travelers insurance policy #931057569 expires 09/23/13 | 10,000.00 | Unknown | | 0.00 | Unknown |
| 24 | 2010 GOLF CART E-Z GO ST #2710860 | 1,500.00 | Unknown | | 0.00 | Unknown |
| 25 | LOAN RECEIVABLE - ALTEK DEVELOPMENT | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | **Assets**    Totals  (Excluding unknown values) | **$2,664,395.28** | **$2,622,727.39** | | **$0.00** | **$2,623,402.28** |

**Major Activities Affecting Case Closing:**

   The Trustee is investigating the financial dealings of the debtors, the current market value of non-exempt assets and other responsibilities of the Trustee pursuant to 11 U.S.C. § 704.

   Claims review pending bar date.  No tax return required at this time.

   07/29/13 - Court order granting employment of Trustee's Forensic Accountant, Marcum LLP.
   06/03/13 - Court order granting employment of Trustee's Attorney Scott Brown, Esq.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 13-18391 AJC | Trustee: (290830) Barry E. Mukamal |
| Case Name: | ROSALES, KLEVER DAVID<br>PLANAS, MARIA MILAGROS | Filed (f) or Converted (c): 04/13/13 (f)<br>§341(a) Meeting Date: 05/21/13 |
| Period Ending: | 06/30/13 | Claims Bar Date: 09/04/13 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2014   **Current Projected Date Of Final Report (TFR):** December 31, 2014

_____  August 10, 2013
                Date

/s/ Barry E. Mukamal
_____
Barry E. Mukamal